

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00864-CV

**IN THE ESTATES OF** Maria G. **STOLL** and Richard M. Stoll, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2017-PC-3675
Honorable Veronica Vasquez, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed: January 8, 2020

DISMISSED

The parties have filed a joint motion asking this court to vacate the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(2)(B). We vacate the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. We order the parties to bear their respective costs of appeal as agreed. *See id.* 42.1(d).

PER CURIAM